IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER BRENNAN O'NEAL,

      Petitioner,                    No. CIV S-08-2528 KJM P

   vs.

M.C. KRAMER, et al.,

      Respondents.            ORDER

_____/

        On June 2, 2009, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." In addition, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." One sanction that may be opposed is dismissal of the action.

/////

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
2  date of this order, petitioner file and serve his opposition or statement of non-opposition to the
3  pending motion to dismiss.  Failure to comply with this order will result in an order dismissing
4  the action.
5  DATED: August 4, 2009.

_____
U.S. MAGISTRATE JUDGE

7  Onea2528.46osc